# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Miguelina Mendez | 2a. Contact Phone Number: (213) 457-6619 | 3a. Contact E-mail Address: mmendez@mcguirewoods.com |
| 1b. Attorney Name (if different): Nicholas J. Hoffman | 2b. Attorney Phone Number: (213) 457-9855 | 3b. Attorney E-mail Address: nhoffman@mcguirewoods.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
McGuireWoods LLP
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103

**5. Name & Role of Party Represented:** Defendants Navient Corporation and Navient Solutions, LLC

**6. Case Name:** Caleb Anthony v. Navient Corporation et al

**7a. District Court Case Number:** 2:24-cv-09600-AH-AS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:**
[ ] Appeal   [X] Non-Appeal   [ ] Criminal   [X] Civil   [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2025 | 41 | Hwang | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 16, 2025    Signature: /s/ Nicholas J. Hoffman

G-120 (06/18)

# CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2025**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 16, 2025,** at Los Angeles, California.

By: */s/ Nicholas J. Hoffman*
Nicholas J. Hoffman
Aria Hangval
Attorneys for Defendants,
NAVIENT CORPORATION and
NAVIENT SOLUTIONS, LLC